

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>V.<br>Epifania Leticia Cruz<br>DEFENDANT(S). | CASE NUMBER<br>2:08 - MJ-1396<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of _____the Defendant_____ , IT IS ORDERED that a detention hearing is set for __June 17__ , _____ , at __2:00__ ☐ a.m. / ☑ p.m. before the Honorable __Eick__ , in Courtroom __20__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __6/13/08__                  _____
                                    U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                  Page 1 of 1